UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOE HAND PROMOTIONS, INC.                CIVIL ACTION
407 EAST PENNSYLVANIA AVE.
FEASTERVILLE, PA 19053
                Plaintiff
      v.

LUCKY 13 TAVERN, INC., d/b/a             No.: 02-CV-2988
LUCKY 13 TAVERN
1671 HAWORTH STREET
PHILADELPHIA, PA 19124
    and
CARMELLA KELLER, INDIVIDUALLY
AND D/B/A LUCKY 13 TAVERN, INC.
1671 HAWORTH STREET
PHILADELPHIA, PA 19124

                Defendants

ENTRY OF APPEARANCE

      Please enter my appearance on behalf of the defendants, Lucky 13 Tavern, Inc. and Carmella Keller.

_____
Charles J. King, Jr., Esquire
14 E. Germantown Pike
P.O. Box 783
Plymouth Meeting, PA 19462-0783
(610) 825-0886
Fax (610) 825-5142
Attorney No 09438